# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL MONROE BELCHER,<br><br>       Petitioner,<br><br>    v.<br><br>JASON PICKETT, Warden,<br><br>       Respondent. | Case No. SACV 20-1421-SVW (LAL)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  February 24, 2022

                       /s/ Stephen V. Wilson
                       HONORABLE STEPHEN V. WILSON
                       UNITED STATES DISTRICT JUDGE